LOCAL Form 2831

# UNITED STATES BANKRUPTCY COURT

## Eastern District Of Wisconsin

In re _____ Malinda Vigo _____     Case No. 13-32554-GMH
                Debtor

CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
(1) DOMESTIC SUPPORT OBLIGATIONS, (2) SECTION 522(q),
AND (3) COMPLETION OF CHAPTER 13 PLAN PAYMENTS

*Part I.A. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☑ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part I.B. If you checked the second box in Part I.A., you must provide the information below.*

My current
address:

_____

My current employer and my employer's
address:

_____

LOCAL Form 2831

*Part II. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☑ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375[1] in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375[1] in value in the aggregate.

*Part III. Certification Regarding Debtor's Completion of All Payments Under the Plan*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☑ I completed all payments to the trustee required by my chapter 13 plan.

Check one of the following:

☐ My chapter 13 plan did not require me to make any payments other than payments to the trustee.

☑ My chapter 13 plan required me to make payments to one or more entities other than the trustee. I have paid all such amounts that my chapter 13 plan required me to pay.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on 6-27-19         John Vigo For Malinda Vigo
            Date                        Debtor

---

[1] Amounts are subject to adjustment on 4/01/19, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

LOCAL Form 2831

# UNITED STATES BANKRUPTCY COURT

## Eastern District Of Wisconsin

In re _____ John Vigo _____   Case No. 13-32554-GMH
              Debtor

CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
(1) DOMESTIC SUPPORT OBLIGATIONS, (2) SECTION 522(q),
AND (3) COMPLETION OF CHAPTER 13 PLAN PAYMENTS

*Part I.A. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☑ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part I.B. If you checked the second box in Part I.A., you must provide the information below.*

My current
address:

_____

My current employer and my employer's
address:

_____

LOCAL Form 2831

*Part II. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☑ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375[1] in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375[1] in value in the aggregate.

*Part III. Certification Regarding Debtor's Completion of All Payments Under the Plan*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☑ I completed all payments to the trustee required by my chapter 13 plan.

Check one of the following:

☐ My chapter 13 plan did not require me to make any payments other than payments to the trustee.

☑ My chapter 13 plan required me to make payments to one or more entities other than the trustee. I have paid all such amounts that my chapter 13 plan required me to pay.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on 6-27-19
Date

_John Vigo_
Debtor

---

[1] Amounts are subject to adjustment on 4/01/19, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.